UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ | ) | |
| (DROSPIRENONE) | ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES | ) | MDL No. 2100 |
| PRACTICES AND PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |

_____

**This Document Relates to:**

Phyllis Houston Wells v. Bayer Healthcare Pharm. et al. No. 3:10-cv-10953-DRH-PMF
Veronica McCurdy v. Bayer Corp. et al. No. 3:10-cv-10229-DRH-PMF
Claresa Paige v. Bayer Corp. et al. No. 3:10-cv-11420-DRH-PMF
Diana Bedell v. Bayer Corp. et al. No. 3:10-cv-11720-DRH-PMF
Corinna Black v. Bayer Corp. et al. No. 3:10-cv-11859-DRH-PMF
Laurie Cauthen v. Bayer Corp., et al, No. 3:10-cv-11906-DRH-PMF
Selah Kight v. Bayer Corp., et al, No. 3:10-cv-11959-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed in this Court on January 18, 2011, plaintiffs' complaints are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:       /s/*Sandy Pannier*
                **Deputy Clerk**


Dated: January 19, 2011

David R. Herndon
2011.01.19 14:39:57
-06'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT